UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA VON HANEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD CROSS, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-1836 KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se and in forma pauperis. On March 27, 2019, plaintiff filed a request for court order in which he alleges that prison officials took his entire paycheck of $72.00 and sent it to the court to apply to his filing fees, but that only about $40.20 should have been taken.

On April 12, 2019, a current copy of plaintiff's trust account statement was filed by the CDCR. Review of such records reveals that on April 1, 2019, the sum of $38.44 was transferred from plaintiff's trust account to apply to the court's filing fee. (ECF No. 12 at 2.) Our court's financial department has confirmed that to date, only the sum of $38.44 has been applied to plaintiff's filing fee. Because such payment of $38.44 is within the $40.20 amount plaintiff stated should have been applied, there is no discrepancy in the amount sent to the court. Thus, plaintiff's motion is denied. On this one occasion, plaintiff will be provided with a copy of the recent trust account statement filed with the court. In the future, plaintiff will be required to pay

for any such copy.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (ECF No. 10) is denied; and

2. The Clerk of the Court is directed to send plaintiff a copy of his most recent certified prison trust account statement filed on April 12, 2019 (ECF No. 12).

Dated: April 18, 2019

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hane1836.fee